**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

Check #.: **1102506**
Date: 11/24/2015

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1060905 | 00004 | SHAUNDRICK L. WILLIAMS<br>Original Check written to:<br>TYLER MITSUBISHI<br>3800 CHANDLER HWY<br>TYLER, TX,  75702 | | 0.00 | 2,103.45 | 304.49 | 2,407.94 |
| | | | **TOTALS** | 0.00 | 2,103.45 | 304.49 | 2,407.94 |